FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, et al. <u>ex rel.</u> JANE DOE, et al. ) ) ) | |
| Plaintiff, ) ) | No. 8:11-cv-1303-23-tbm |
| v. ) ) | |
| LA VIE HEALTH CARE CENTERS, INC. ) ) ) ) ) | **FILED EX PARTE AND UNDER SEAL** |
| Defendant. ) ) | |

## NOTICE OF THE UNITED STATES THAT IT IS NOT INTERVENING AT THIS TIME

In its last Order, dated December 28, 2011, the Court indicated that the Government must make its intervention decision on or before April 10, 2012, and that no further extensions of time would be granted absent extraordinary circumstances. The Government's investigation has not been completed and, as such, the United States is not able to decide, as of the Court's deadline, whether to proceed with the action. Accordingly, the United States hereby notifies the Court that it is not intervening at this time. However, the Government's investigation will continue.

Although the United States is not intervening at this time, it respectfully refers the Court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." <u>Id.</u> Therefore, the United States requests that, should either

5-10

the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it; the United States also requests that orders issued by the Court be sent to the Government's counsel. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: April 10, 2010　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　STUART F. DELERY
　　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General

　　　　　　　　　　　　　　　　　　　　　　ROBERT E. O'NEILL
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

*/s/*

LACY R. HARWELL, Jr.
Assistant United States Attorney
Florida Bar no. 714623
400 North Tampa St., Suite 3200
Tampa, FL 33602
Ph. (813) 274-6000
Fax (813) 274-6200
Randy.Harwell@usdoj.gov

JOYCE R. BRANDA
TRACY L. HILMER
WILLIAM E. OLSON
Attorneys, Civil Division
United States Dept. of Justice
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-3905

Attorneys for United States

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of April, 2012, I served the foregoing by first class mail, postage pre-paid, on the following counsel of record:

Rory Delaney
7 Liberty Square, 2nd Floor
Boston, MA 02109

Kevin J. Darkin
Cohen, Foster & Romine, P.A.
201 East Kennedy Boulevard, Suite 1000
Tampa, FL 33602

Erin Nobles
Assistant Attorney General
Office of the Attorney General
Complex Civil Enforcement Bureau
Medicaid Fraud Control Unit
3507 Frontage Road, Ste. 325
Tampa, FL 33607

_____
LACY R. HARWELL, JR.
Assistant United States Attorney