# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* ANGELA RUCKH,<br><br>    Plaintiffs,<br><br>    v.<br><br>CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITATION CENTER; 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER,<br><br>    Defendants. | CIVIL ACTION NO.<br>8:11 CV 1303 SDM-TBM |

## RELATOR'S NOTICE OF ATTORNEYS' FEES AND COSTS

Relator Angela Ruckh, by and through her attorneys, respectfully submits this Notice of Attorneys' Fees and Costs pursuant to this Court's May 20, 2013 Order awarding "attorneys' fees and costs incurred by the necessity of moving 'to enforce.'" Order, Dkt. No. 71, at 4 (May 20, 2013) ("the Order").

Relator's attorneys' fees for drafting, reviewing, and filing the motion to enforce, the supporting memorandum of law, and the subsequent reply brief are as follows:

## Table 1.  Attorneys' Fees (April 22 to May 17, 2013)

**KELLOG, HUBER, HANSEN, TODD, EVANS, & FIGEL, P.L.L.C.**

Description:  Draft, review, revise, and file Relator's Motion To Enforce This Court's March 5, 2013 Order, To Compel Document Responses, and for Sanctions ("Motion To Enforce"); research case law on potential redactions for Motion to Enforce; meet with team regarding same; draft, review, and revise Relator's Motion For Leave To File A Reply in Support of Relator's Motion To Enforce ("Motion For Leave"); draft, review, and revise Relator's Reply in Support of Motion to Enforce; meet with team regarding same.

| Timekeeper Name | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Silvija A. Strikis | Partner | 0.75 | $690 | $517.50 |
| Joseph S. Hall | Partner | 4.25 | $665 | $2,826.25 |
| Christopher A. Klimmek | Associate | 5.25 | $390 | $2,047.50 |
| John B. Ward | Associate | 8.00 | $360 | $2,880.00 |

**DELANEY KESTER LLP**

Description:  Review and edit draft Motion To Enforce; review Defendants' response to Motion To Enforce; review and edit Motion For Leave.

| Timekeeper Name | Title | Hours | Hourly Rate | Total |
|---|---|---|---|---|
| Charles F. Kester | Partner | 1.50 | $575 | $862.50 |
| Royston Delaney | Partner | 0.50 | $575 | $287.50 |

Relator's costs are as follows:

## Table 2.  Costs (April 22 to May 17, 2013)

| Service | Total Price |
|---|---|
| Westlaw | $425.29 |

Accordingly, Relator's total attorneys' fees and costs are $9,846.54, and Relator respectfully requests that this Court award her this amount in attorneys' fees and costs.

3

Dated: June 3, 2013                                    Respectfully submitted,

                                                       _____s/ Silvija A. Strikis_____

Kevin J. Darken                                        Silvija A. Strikis (pro hac vice)
Florida Bar No. 0090956                                Joseph S. Hall (pro hac vice)
THE COHEN LAW GROUP                                    Christopher A. Klimmek (pro hac vice)
201 East Kennedy Boulevard, Suite 1000                 John B. Ward (pro hac vice)
Tampa, Florida 33602                                   KELLOGG, HUBER, HANSEN, TODD,
Telephone: (813) 225-1655                                 EVANS & FIGEL, P.L.L.C.
Facsimile: (813) 225-1921                              1615 M Street, N.W., Suite 400
kdarken@tampalawfirm.com                               Washington, D.C. 20036
                                                       Telephone:  (202) 326-7900
                                                       Facsimile:  (202) 326-7999
Rory Delaney (pro hac vice)                            sstrikis@khhte.com
Charles F. Kester (pro hac vice)                       jhall@khhte.com
DELANEY KESTER LLP                                     cklimmek@khhte.com
7 Liberty Square, 2nd Floor,                           jward@khhte.com
Boston, MA  02109
Telephone:  (857) 498-0384
royston@delaneykester.com
charles@delaneykester.com

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Defendants Sea Crest Health Care Management, LLC, d/b/a Lavie Management Services of Florida; Salus Rehabilitation, LLC, d/b/a Lavie Rehab; 207 Marshall Drive Operations, LLC, d/b/a Marshall Health and Rehabilitation Center; and 803 Oak Street Operations, LLC, d/b/a Governor's Creek Health and Rehabilitation Center.

                                                           s/  Silvija A. Strikis

      Anna G. Small
      Allen Dell, P.A.
      202 S. Rome Ave., Suite 100
      Tampa, FL 33606-1854
      Phone: (813) 223-5351
      Facsimile: (813) 229-6682
      Email: asmall@allendell.com

      Kari Aasheim
      Jennifer L. Watson
      Mancuso & Dias, P.A.
      5102 W. Laurel Street, Suite 700
      Tampa, FL 33607
      Phone: (813) 769-6280
      Facsimile: (813) 769-6281
      Email: kaasheim@mdlegal.net
      Email: jlwatson@mdlegal.net