**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**THE UNITED STATES OF AMERICA**[1]
**and THE STATE OF FLORIDA**
*ex rel.* **ANGELA RUCKH,**

        **Plaintiff,**

**v.**    Case No. 8:11-cv-1303-T-23TBM

**SALUS REHABILITATION, LLC, d/b/a
LAVIE REHAB, 207 MARSHALL DRIVE
OPERATIONS, LLC, d/b/a MARSHALL
HEALTH AND REHABILITATION CENTER,
SEA CREST HEALTH CARE MANAGEMENT,
LLC, 803 OAK STREET OPERATIONS, LLC,
d/b/a GOVERNOR'S CREEK HEALTH AND
REHABILITATION CENTER, and CMC II, LLC,**[2]

        **Defendants.**
                                       /

## REPORT ON PRELIMINARY PRETRIAL CONFERENCE

THIS CAUSE came on for consideration at a preliminary pretrial conference on July 10, 2014. Relator, Angela Ruckh, pursues a *qui tam* action under the False Claims Act, 31 U.S.C. §§ 3729-33, and Fla. Stat. §§ 68.081 *et seq*. As evidenced by the Amended Case Management Report (Doc. 100), the parties have been unable to resolve substantial differences concerning discovery and scheduling deadlines. In accordance with the

---

[1] At present, both the United States and the State of Florida have declined to intervene. (Docs. 10, 121).

[2] Defendants Genoa Healthcare Consulting, LLC, d/b/a LaVie Care Centers, and Consulate Management Company, LLC, were not named as defendants in the Amended Complaint and were terminated on June 3, 2013.

discussions at the hearing, the undersigned recommends that an Amended Case Management and Scheduling Order[3] be entered in accordance with the following proposed terms and schedule:

1. All discovery shall be completed on or before **May 29, 2015**. At present, interrogatories are limited to thirty-five per side. Depositions are limited to twenty per side, including expert depositions, per side.[4]

2. Although not anticipated, third party claims and joinder motions shall be filed on or before **October 31, 2014.**

3. Plaintiff/Relator's expert disclosures in accordance with Fed. R. Civ. P. 26(a)(2) shall be made on or before **February 27, 2015**. Defendants' expert disclosure in accordance with Fed. R. Civ. P. 26(a)(2) shall be made on or before **March 27, 2015**. Plaintiff/Relator's expert rebuttal report, if any, shall be made on or before **April 17, 2015.**

4. Dispositive motions and *Daubert* motions and other challenges to expert testimony shall be filed on or before **June 29, 2015**.

5. Mediation shall be conducted as agreed to by the parties on or before **February 27, 2015**.

6. The pretrial conference may be scheduled on or after **September 1, 2015**.

---

[3] The Order should also direct that the parties otherwise comply with the agreed upon terms of the Amended Case Management Report.

[4] Any dispute over the matter of sampling shall be addressed on subsequent motion.

2

      7.  Jury trial in this cause may be calendared for a trial term subsequent to the pretrial conference date.

                                                    Respectfully submitted this
                                                    10th day of July 2014.

                                                    THOMAS B. McCOUN III
                                                    UNITED STATES MAGISTRATE JUDGE

## **NOTICE TO PARTIES**

      Failure to file written objections to the proposed findings and recommendations contained in this report within **fourteen (14)** days from the date of its service shall bar an aggrieved party from attacking the factual findings on appeal and a *de novo* determination by a district judge.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *see also* Fed. R. Civ. P. 6.

Copies furnished to:
United States District Judge
Courtroom Deputy
Counsel of Record