UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* ANGELA RUCKH,

    Plaintiff,

v.                                              CASE NO.: 8:11-cv-1303-T-23TBM

GENOA HEALTHCARE, LLC, et al.,

    Defendants.
_____/

**ORDER**

    On July 10, 2014, United States Magistrate Judge Thomas B. McCoun III issued a report and recommendation (Doc. 124) that resolves discovery and scheduling deadline disputes. Citing a need for additional deadlines to "accommodate the possibility of statistical sampling," the relator objects (Doc. 130) to the report and recommendation. However, the report and recommendation states, "Any dispute over the matter of sampling shall be addressed on subsequent motion." (Doc. 124 at 2 n.4) The report and recommendation (Doc. 124) is **ADOPTED**. The objections (Doc. 130) are **OVERRULED**. The trial is scheduled for the **OCTOBER**

**2015** trial docket.  The pretrial conference is scheduled for **SEPTEMBER 3, 2015, at 10:30 A.M.** before Magistrate Judge McCoun.

ORDERED in Tampa, Florida, on July 29, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE