# EXHIBIT B

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* ANGELA RUCKH, <br><br> Plaintiffs, <br><br> v. <br><br> CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITATION CENTER; and 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER, <br><br> Defendants. | CIVIL ACTION NO. 8:11 CV 1303 SDM-TBM |

### RELATOR'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO ALL DEFENDANTS

Pursuant to Rules 26 and 34 of the Federal Rule of Civil Procedure, Relator Angela Ruckh, by and through her undersigned attorneys, hereby requests that Defendants produce the documents described herein (the "Requests") within thirty (30) days.

The Documents covered by the Requests shall be produced to John B. Ward, of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., 1615 M Street N.W., Suite 400, Washington, D.C. 20036.

## DEFINITIONS

Relator incorporates by reference the Definitions from her Third Set of Requests for Production. In addition, the following definitions are applicable to terms employed in these Requests:

1. "Data Dictionary" means a centralized source or repository of information about data, such as the meaning, origin, usage, and format of the data, and relationships between that and other data.

2. "PEPPER" means Program for Evaluating Payment Patterns Electronic Report.

3. The "Patient Population" is the collection of individuals who are, or were, patients admitted to, residing at, or receiving treatment at any of the Relevant Facilities at any time during the Relevant Period.

4. The "Relevant Facilities" are all skilled nursing facilities located in the State of Florida and owned or controlled by You or Your affiliates.

5. The "Relevant Period" is the period from June 10, 2005, through the present.

## INSTRUCTIONS

Relator incorporates by reference the Instructions from her Third Set of Requests for Production. In addition, the following instructions are applicable to these Requests:

1. Defendants are instructed to produce electronic documents in the native file format in which the documents are kept in the ordinary course of business. For example, Defendants may produce data or database files in the .ACCDB, .MDB, .XLS, .XLSX, .XLSM or .TXT file formats, among others. If any documents are produced in a format that

2

is not readily accessible by Microsoft Office or similar commonly used computer programs, Defendants are instructed to provide a copy of or access to the computer software necessary to access all information contained in the related documents, in the same format and presentation as the documents are used in the ordinary course of business.

2.  Responses to the Requests contained herein are to cover the Relevant Period, and are to be updated through the date of any hearing or trial.

## DOCUMENT REQUESTS

### DOCUMENT REQUEST NO. 13

Documents sufficient to identify every type of existing list, census, chart, spreadsheet, and database cataloging the Patient Population, or any subset of the Patient Population, during any period or at any point in the Relevant Period.

### DOCUMENT REQUEST NO. 14

Electronic Documents – such as lists, charts, spreadsheets, or databases – sufficient to identify the following information for each individual in the Patient Population:

a. name;

b. each facility where the individual is or was admitted, residing, or receiving treatment;

c. social security number or other unique identifiers;

d. source or sources of payment (*e.g.*, Medicare, TRICARE, Medicaid, private insurance, or the patient's own funds) for any treatment or services provided by You or Your affiliates;

e. admission date or dates; and

      f.      discharge date or dates or date of death, if any.

**DOCUMENT REQUEST NO. 15**

Any electronic Documents containing a monthly or other regular census or summary of the Patient Population, including any case mix classification reports.

**DOCUMENT REQUEST NO. 16**

Any Data Dictionary, glossary, manual, guidebook, or other document relating to the meaning of data produced in response to these Requests, including documents sufficient to show, for all column headings or fields in any document produced:

      a.      the type of values in the field (*e.g.*, text or integer);

      b.      the range of values permitted for the field; and

      c.      the definition of the field, including the information that is typically conveyed by the values contained in the field.

**DOCUMENT REQUEST NO. 17**

Any PEPPER in Your possession, custody, or control relating to any skilled nursing facility located in the State of Florida and owned or controlled by You or Your affiliates.

**DOCUMENT REQUEST NO. 18**

Documents sufficient to show, for each of the Relevant Facilities, for each year during the Relevant Period:

      a.      the number of MDS Assessments submitted to any Government Health Agency; and

4

  b. the number of bills, including bills submitted on Form UB-04 (either the CMS or AHCA version) and CMS Forms 1450, 1490S, or 1500, submitted to any Government Health Agency.

**DOCUMENT REQUEST NO. 19**

Documents sufficient to show, for each of the Relevant Facilities, for each year during the Relevant Period:

  a. the percentage of revenues attributable to each of the following: (1) Medicare reimbursement; (2) TRICARE reimbursement; (3) Medicaid reimbursement; (4) private insurance reimbursement; and (5) residents' own funds; and

  b. the total revenues attributable to each of the following: (1) Medicare reimbursement; (2) TRICARE reimbursement; (3) Medicaid reimbursement; (4) private insurance reimbursement; and (5) residents' own funds.

**DOCUMENT REQUEST NO. 20**

All MDS Assessments submitted to any Government Health Agency during the Relevant Period and relating to services or treatment provided at any of the Relevant Facilities.

Dated this 18th day of August, 2014.

                                          *s/ John B. Ward*

| | |
|---|---|
| Kevin J. Darken (FL. Bar No. 0090956)<br>THE COHEN LAW GROUP<br>201 East Kennedy Boulevard, Suite 1000<br>Tampa, Florida 33602<br>Telephone: (813) 225-1655<br>Facsimile: (813) 225-1921<br>kdarken@tampalawfirm.com<br><br>Rory Delaney (*pro hac vice*)<br>DELANEY KESTER LLP<br>7 Liberty Square, 2nd Floor,<br>Boston, MA  02109<br>Telephone:  (857) 498-0384<br>royston@delaneykester.com<br><br>Charles F. Kester (*pro hac vice*)<br>DELANEY KESTER LLP<br>4505 Las Virgenes Road, Suite 203<br>Calabasas, CA  91302<br>Telephone:  (818) 974-8627<br>Facsimile:  (818) 914-6911<br>charles@delaneykester.com | Silvija A. Strikis (*pro hac vice*)<br>Joseph S. Hall (*pro hac vice*)<br>Christopher A. Klimmek (*pro hac vice*)<br>John B. Ward (*pro hac vice*)<br>KELLOGG, HUBER, HANSEN, TODD,<br>  EVANS & FIGEL, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone:  (202) 326-7900<br>Facsimile:  (202) 326-7999<br>sstrikis@khhte.com<br>jhall@khhte.com<br>cklimmek@khhte.com<br>jward@khhte.com |

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on August 18th, 2014, I served the foregoing Relator's Fourth Set of Requests for Production of Documents on attorneys for Defendants listed below.

                                        s/ John B. Ward

Kari Aasheim
Vilma Martinez
Jennifer L. Watson
Mancuso & Dias, P.A.
5102 W. Laurel Street, Suite 700
Tampa, FL 33607
Phone: (813) 769-6280
Facsimile: (813) 769-6281
Email: kaasheim@mdlegal.net
Email: jlwatson@mdlegal.net
Email: vmartinez@mdlegal.net