# EXHIBIT C

| From: | Ward, John B. |
|---|---|
| To: | "Tina Dunsford" |
| Cc: | Scott Lilly; Stephen Iglesias; Lisa Crouch; Vilma Martinez; Strikis, Silvija A.; Hall, Joseph S.; rory@rorydelaney.com; McElroy, Saunders L. |
| Subject: | RE: Consulate - Ruckh - 16th and 7th Supplemental Productions |
| Date: | Friday, February 06, 2015 5:41:02 PM |
| Attachments: | Sample.xlsx |

Tina,

Attached please find a list of Medicare and Medicaid patients for whom we request that Defendants produce all patient files, including medical records, bills, claims for reimbursement, and receipts. As we explained earlier this week, this list was drawn from the AHT claims data based on Defendants' representation that the AHT claims data contain claims data for all residents of any of Defendants' Florida facilities, during the period from January 2008 to January 2012, who had a government source of payment.

We are available at your convenience to discuss a reasonable timeframe for completing production of these materials.

Best,

JB

**John Benjamin (J.B.) Ward**

Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.

1615 M St. N.W., Suite 400

Washington, DC  20036

Direct 202.326.7996

Facsimile 202.326.7999

jward@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

**From:** Tina Dunsford [mailto:Tina.Dunsford@gmlaw.com]
**Sent:** Tuesday, February 03, 2015 5:07 PM
**To:** Ward, John B.
**Cc:** Scott Lilly; Stephen Iglesias; Lisa Crouch; Vilma Martinez; McElroy, Saunders L.
**Subject:** Re: Consulate - Ruckh - 16th and 7th Supplemental Productions

JB

Have received confirmation from the client.

Client rep sent all residents for all Payor types in the resident master but limited the claims data to only those residents with government payment.

I will be speaking with the client regarding the issue with the table data and will get back to you on such after.

Tina

On Feb 3, 2015, at 1:43 PM, Ward, John B. <jward@khhte.com> wrote:

> Thanks very much, Tina.  We'll look for your confirmation.
>
> Best,
>
> JB
>
> **John Benjamin (J.B.) Ward**
> Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
> 1615 M St. N.W., Suite 400
> Washington, DC  20036
> Direct 202.326.7996
> Facsimile 202.326.7999
> jward@khhte.com
>
> NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
>
> ---
>
> **From:** Tina Dunsford [mailto:Tina.Dunsford@gmlaw.com]
> **Sent:** Tuesday, February 03, 2015 2:34 PM
> **To:** Ward, John B.
> **Cc:** Scott Lilly; Stephen Iglesias; Lisa Crouch; Vilma Martinez; McElroy, Saunders L.
> **Subject:** Re: Consulate - Ruckh - 16th and 7th Supplemental Productions
>
> JB
>
> I am obtaining confirmation once more just to be complete. I will let you know asap as

soon as I receive direct confirmation from the client.

Thanks.

Tina


On Feb 2, 2015, at 1:00 PM, Ward, John B. <jward@khhte.com> wrote:

> Tina,
>
> Thank you for providing to us the reason for the lower number of residents represented by the AHT claims data produced to us.  To confirm our understanding, this set of data contains information for all government payor residents of Defendants' Florida facilities during the relevant period (January 2008 through January 2012), but not for residents whose care was paid for by a non-government source.  If this is correct, we can proceed on the basis of that representation by drawing a sample from the population of residents from the AHT claims data we have received.
>
> Thanks,
>
> JB
>
> **John Benjamin (J.B.) Ward**
> Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.
> 1615 M St. N.W., Suite 400
> Washington, DC  20036
> Direct 202.326.7996
> Facsimile 202.326.7999
> jward@khhte.com
>
> NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.
>
> **From:** Tina Dunsford [mailto:Tina.Dunsford@gmlaw.com]

**Sent:** Saturday, January 31, 2015 1:15 PM
**To:** Ward, John B.
**Cc:** Scott Lilly; Stephen Iglesias; Lisa Crouch; Vilma Martinez
**Subject:** Consulate - Ruckh - 16th and 7th Supplemental Productions

JB,

Hope you are having a great weekend.  Below is the password for the
 production sent to your office for today's arrival.  Please confirm that
 you received the production sent for a Saturday delivery.

Password for production:

z0iNrAqH8n6oWtjM7G9REIcLavo1SpUHs0sNzsVfPyQ=

As for the issue raised by you regarding the number of resident's on
 the resident list versus the number of residents on the AHT database
 the client has relayed the following reasoning.  The reason for the
 difference in number of residents is that pursuant to the definitions
 used in the various production requests, residents on the resident's
 list was to be all residents during the specified parameters.
 Whereas, under the definitions for AHT list, that was limited to
 government payor residents such as Medicare and Medicaid.

We are still waiting on you to identify the bates number and the
 specific table that you were having problem with on one of the
 productions made.  Once we receive that information from you, the
 client can investigate the specific table to see if the problem is with
 the specific table or if the data is corrupt.

I believe that we have responded to all questions or requests made
 by you.  If I have missed something, please let me know.

Tina

<image001.jpg>

Tina Dunsford
Chair, Health Care Law
401 East Jackson Street
Suite 1825
Tampa, Florida 33602

Direct Telephone:  (813) 769-7025

Direct Fax:  (813) 426-8584

Cell: (813) 601-0066

Main Telephone: (813) 769-7020

E-mail:  tina.dunsford@gmlaw.com

Website:  www.gmlaw.com

The information contained in this transmission may be
attorney/client privileged and confidential. It is
intended only for the use of the individual or entity
named above. If the reader of this message is not the
intended recipient, you are hereby notified that any
dissemination, distribution or copying of this
communication is strictly prohibited. If you have
received this communication in error, please notify us
immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion
of tax issues contained in this e-mail, including any
attachments, is not, and is not intended to be, ''written
 advice'' as defined in Section 10.37 of Treasury
Department Circular 230.

A portion of our practice involves the collection of debt
 and any information you provide will be used for that
purpose if we are attempting to collect a debt from you.

The information contained in this transmission may be
attorney/client privileged and confidential. It is intended only
for the use of the individual or entity named above. If the reader
of this message is not the intended recipient, you are hereby
notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have
received this communication in error, please notify us immediately
by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax
issues contained in this e-mail, including any attachments, is not,
 and is not intended to be, ''written advice'' as defined in
Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any
information you provide will be used for that purpose if we are
attempting to collect a debt from you.

The information contained in this transmission may be attorney/client
privileged and confidential. It is intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you
have
received this communication in error, please notify us immediately by reply
e-mail.

Unless specifically indicated otherwise, any discussion of tax issues
contained in this e-mail, including any attachments, is not, and is not
intended to be, ''written advice'' as defined in Section 10.37 of Treasury
Department Circular 230.

A portion of our practice involves the collection of debt and any information
 you provide will be used for that purpose if we are attempting to collect a
debt from you.