# EXHIBIT D

| | |
|---|---|
| **From:** | Ward, John B. |
| **To:** | "Tina Dunsford" |
| **Cc:** | Scott Lilly; Stephen Iglesias; Lisa Crouch; Michelle Ellis; Amy Wiley; Isaac, Yael R.; Strikis, Silvija A.; Hall, Joseph S.; rory@rorydelaney.com |
| **Subject:** | RE: Consulate- Ruckh- Medical Records Requests / Relator"s Sample |
| **Date:** | Saturday, February 14, 2015 3:58:48 PM |

Tina,

Our request is for all records related to each patient's stay on the reference date listed in column E of the spreadsheet we sent you.  Accordingly, records after that date do not need to be provided – except to the extent they relate to the payments Defendants received for the care provided to the patient on that date.  Records prior to the reference date should be provided.

We request all medical records and records relevant to reimbursement or payment for the care provided for the patient's stay on the reference date.  That includes:

- all documents relating to reimbursement sought or payment provided for the patient's stay on the reference date – UB-04 or similar reimbursement forms, any corrected or resubmitted versions of such forms, any record of payment

- MDS assessments relating to the reference date or any prior date or period

- Medical records (including but not limited to nursing notes and care plans) relating to the reference date or any prior date or period

We request production of these records for both the "Core" and "Replacement" sample lists.  The first priority, however, is to obtain the records for our Core sample.  The Core list represents our initial sample; to the extent records for any part of that sample are unavailable, we will draw replacements from the Replacement list.

Let me know if you have any other questions in advance of our call Monday.

Best,

JB

**John Benjamin (J.B.) Ward**

Kellogg, Huber, Hansen, Todd, Evans & Figel P.L.L.C.

1615 M St. N.W., Suite 400

Washington, DC  20036

Direct 202.326.7996

Facsimile 202.326.7999

jward@khhte.com

NOTICE: This transmission is intended only for the use of the addressee and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the

intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately via reply e-mail, and then destroy all instances of this communication. Thank you.

---

**From:** Tina Dunsford [mailto:Tina.Dunsford@gmlaw.com]
**Sent:** Wednesday, February 11, 2015 7:59 PM
**To:** Ward, John B.
**Cc:** Scott Lilly; Stephen Iglesias; Lisa Crouch; Michelle Ellis; Amy Wiley
**Subject:** Consulate- Ruckh- Medical Records Requests / Relator's Sample

Good evening JB:

Sorry to inundate you with emails tonight, however in anticipation of our call on Monday to discuss the medical records list provided to us on Feb. 6, 2015, I have a few questions:

(1) Your medical records list does not indicate if you are seeking the entire residency (all admissions/discharges) for that particular resident (which can span several years) or a single date (based on an MDS or claim date). This point of clarification is important, because in making record requests the client needs to supply the center with the dates of residency. As you are most likely aware, residency dates affect the volume of records that will be produced.

(2) In addition to knowing the time frame, we also need to know if you are requesting specific records (e.g., MDS/UB-04s), all records for as specific date shown, specific records for a date range, or a resident's entire set of medical records reflecting all admissions and discharges during the years 2008 through 2012, etc.

(3) If you are requesting specific records, what specific records are you requesting.

(4) In your medical records list, there is a column for "Core" and a column for "Replacement." Am I to understand that you are looking for "Core" first and should "Core" not be available than the "Replacement" is to be obtained? Or are you looking for both the "Core" and "Replacement" records to be produced.

If you could let me know the answers to the questions above so that I can relay to the client, I believe we can have a more productive call on Monday as to timing of the production of the records requested.

Have a nice evening.

Tina



Tina Dunsford

Chair, Health Care Law

401 East Jackson Street

Suite 1825

Tampa, Florida 33602

Direct Telephone:  (813) 769-7025

Direct Fax:  (813) 426-8584

Cell: (813) 601-0066

Main Telephone: (813) 769-7020

E-mail:  tina.dunsford@gmlaw.com

Website:  www.gmlaw.com

```
The information contained in this transmission may be attorney/client
privileged and confidential. It is intended only for the use of the
individual or entity named above. If the reader of this message is not the
intended recipient, you are hereby notified that any dissemination,
distribution or copying of this communication is strictly prohibited. If you
have
received this communication in error, please notify us immediately by reply
e-mail.

Unless specifically indicated otherwise, any discussion of tax issues
contained in this e-mail, including any attachments, is not, and is not
intended to be, ''written advice'' as defined in Section 10.37 of Treasury
Department Circular 230.

A portion of our practice involves the collection of debt and any information
 you provide will be used for that purpose if we are attempting to collect a
debt from you.
```