# EXHIBIT E

MEDICAL RECORDS UPDATE

(as of 4/27/15)

CASE NO. 8:11-CV-1303 SDM-TBM

THE UNITED STATES OF AMERICA and
THE STATE OF FLORIDA ex. Rel. ANGELA RUCKH

v.

CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITATION CENTER; 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER

| Number of Records Requested | Number of Records Produced | | Number of Records Picked up by Relator's Counsel's vendor | Number of Records Returned by Relator's Counsel's vendor | Number of Records Ready for Pick-up by Relator's Counsel's Vendor |
|---|---|---|---|---|---|
| 801 | 742 | | 463 | 174 | 279 |
| | Medicare 370 | Medicaid 372 | | | |

1