# EXHIBIT H

**UNITED STATES DISTRICT COURT FOR**
**THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmd.uscourts.gov

THE UNITED STATES OF AMERICA
And THE STATE OF FLORIDA ex rel.
ANGELA RUCKH

        Plaintiffs,

    v.

CMC II, LLC; SEA CREST HEALTH
CARE MANAGEMENT, LLC d/b/a
LAVIE MANAGEMENT SERVICES OF
FLORIDA; SALUS REHABILITATION
LLC, d/b/a LAVIE REHAB; 207
MARSHALL DRIVE OPERATIONS, LLC,
d/b/a MARSHALL HEALTH AND
REHABILITATION CENTER; and 803
OAK STREET OPERATIONS, LLC, d/b/a
GOVERNOR'S CREEK HEALTH AND
REHABILITATION CENTER,

        Defendants.

No. 8:11-CV-1303 (SDM-TBM)

**<u>DEFENDANTS' SUPPLEMENTAL RESPONSES TO</u>**
**<u>RELATOR'S FIRST SET Of REQUESTS FOR ADMISSION</u>**

## SUPPLEMENTAL RESPONSES TO REQUESTS
## FOR ADMISSION

Pursuant to Federal Rule of Civil Procedure 36, DEFENDANTS, CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITIATION CENTER; 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER, (collectively "Defendants") hereby provide supplemental responses to five requests from Relator's First Set of Requests for Admission.[1]  Each of Defendants' Supplemental Responses herein is limited to the above-captioned action, is not intended, and may not be used as an admission by Relator in any other action or for any other purpose.

Defendants reserve the right to further supplement, amend, correct, or clarify these responses as necessary, based on subsequently acquired information or knowledge, whether gained through Defendants' own continued investigation or the investigation of others.

## GENERAL OBJECTIONS AND OBJECTIONS
## TO DEFINITIONS AND INSTRUCTIONS

Defendants reincorporate their previous General Objections, Objections to Definitions, and Objections to Instructions in the below Supplemental Responses by reference, as if fully set forth therein.  To the extent that each and every part of any Request is not specifically and expressly admitted, it is denied.

---

[1] Although Relator styles the Requests for Admission dated September 30, 2015 as "Relator's First Set of Requests for Admission to Defendants," Defendants note that another set of Requests for Admission, dated March 15, 2013, were also styled "Relator's First Set of Requests for Admission." Any reference herein to the "First Set of Requests for Admission," the "RFAs," or the "Requests" pertains to Relator's September 30, 2015 Requests for Admission only.

2

**REQUEST NO. 34**

Admit that some patient records, including care plans, for the 800 Sampled Patients are

presently missing or incomplete.

**RESPONSE**

Defendants currently lack sufficient information to admit or deny. *See* General Objection

6.

**SUPPLEMENTAL RESPONSE**

Defendants admit that the patient files for some of the 800 Sampled Patients were unable

to be located. *See* General Objection 6.

**REQUEST NO. 43**

Admit that Defendants or their Affiliates received Requests for Documents not described in

Request No. 42 after September 2011.

**RESPONSE**

Defendants currently lack sufficient information to admit or deny because the phrase

"Requests for Documents not described in Request No. 42" is undefined, vague, ambiguous, and

overly broad.

**SUPPLEMENTAL RESPONSE**

Defendants currently lack sufficient information to admit or deny. Pursuant to Relator's

request during the November 3, 2015 telephonic meet and confer, Defendants' investigation is

ongoing and Defendants will supplement to the extent further information is obtained.

**REQUEST NO. 56**

Admit that the medical records Defendants have produced to date in response to Relator Angela

Ruckh's Requests for Production constitute all of the responsive medical records that, to the best

of Defendants' knowledge, were in Defendants' possession at the time such Requests for

3

Production were made.

**RESPONSE**

Defendants admit that they have produced, or otherwise made available to Relator, all responsive medical records in their possession.

**SUPPLEMENTAL RESPONSE**

Defendants admit that for the 800 Sampled Patients they produced all responsive medical records that, to the best of their knowledge, were in their possession at the time such Requests for Production were made, except for those files that were unable to be located. See Supplemental Response to RFA 34.

**REQUEST NO. 57**

Admit that the medical records Defendants have produced to date in response to Relator Angela Ruckh's Requests for Production constitute all of the responsive medical records that are now, to the best of Defendants' knowledge, in Defendants' possession.

**RESPONSE**

Defendants admit that they have produced or otherwise made available to Relator all responsive medical records in their possession.

**SUPPLEMENTAL RESPONSE**

Defendants admit that for the 800 Sampled Patients they produced all responsive medical records that are now, to the best of their knowledge, in their possession, except for those files that were unable to be located. See Supplemental Response to RFA 34.

**REQUEST NO. 60**

Admit that a majority of Defendants' Medicare revenue within the State of Florida came from reimbursements for treatment of patients in "Ultra High" or "Very High" RUG categories.

4

**RESPONSE**

Defendants currently lack sufficient information to admit or deny because the word "majority" and the phrase "Medicare revenue" are undefined, vague, and ambiguous.

**SUPPLEMENTAL RESPONSE**

Defendants currently lack sufficient information to admit or deny.  Pursuant to Relator's request during the November 3, 2015 telephonic meet and confer, Defendants' investigation is ongoing and Defendants will supplement to the extent further information is obtained.

Dated:  November 11, 2015                    Respectfully submitted,


                                            _/s/ Terence J. Lynam_____
                                            Terence J. Lynam

                                            **TERENCE J. LYNAM** (*pro hac vice*)
                                            Primary email: tlynam@akingump.com
                                            **ROBERT S. SALCIDO** (*pro hac vice*)
                                            Primary email: rsalcido@akingump.com
                                            AKIN GUMP STRAUSS HAUER & FELD LLP
                                            1333 New Hampshire Avenue, N.W.
                                            Washington, D.C. 200136
                                            Telephone: 202-887-4000
                                            Facsimile: 202-887-4288

                                            **TINA DUNSFORD**
                                            Florida Bar No. 624721
                                            Primary Email: tdunsford@ldlfirm.com
                                            **SCOTT R. LILLY**
                                            Florida Bar No. 0119245
                                            Primary Email: slilly@flhealthlaw.com
                                            Secondary Email: srlilly@ldlfirm.com
                                            FLORIDA HEALTH LAW CENTER TAMPA, PLLC
                                            501 E. Kennedy Blvd., Suite 775
                                            Tampa, FL 33602
                                            Telephone:  (813) 517-1661
                                            Facsimile:  (813) 517-1668


                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic mail to the following counsel of record this 11th day of November 2015.

| | |
|---|---|
| Kevin J. Darken, Esquire<br>Fl. Bar No. 0090956<br>The Cohen Law Group<br>201 East Kennedy Boulevard, Suite 1950<br>Tampa, Florida 33602<br>Telephone: (813) 225-1655<br>Facsimile: (813) 225-1921<br>kdarken@tampalawfirm.com<br><br>*Attorney for Plaintiff-Relator, Angela Ruckh* | Silvija A. Strikis, Esquire (*pro hac vice*)<br>Joseph S. Hall<br>Bradley E. Oppenheimer<br>Jeffrey A. Love<br>Kellogg, Huber, Hansen, Todd,<br>  Evans & Figel, P.L.L.C.<br>1615 M Street, N.W., Suite 400<br>Washington, D.C. 20036<br>Telephone: (202) 326-7900<br>Facsimile: (202) 326-7999<br>sstrikis@khhte.com<br>jhall@khhte.com<br>boppenheimer@khhte.com<br>jlove@khhte.com<br><br>*Attorney for Plaintiff-Relator, Angela Ruckh* |
| Rory Delaney, Esquire (*pro hac vice*)<br>Delaney Kester LLP<br>7 Liberty Square, 2nd Floor<br>Boston, MA 02109<br>Telephone: (857) 498-0384<br>royston@delaneykester.com<br><br>*Attorney for Plaintiff-Relator, Angela Ruckh* | Charles F. Kester (*pro hac vice*)<br>Delaney Kester LLP<br>4505 Las Virgenes Road, Suite 203<br>Calabasas, CA 91302<br>Telephone: (818) 974-8627<br>Facsimile: (818) 914-6911<br>charles@delaneykester.com<br><br>*Attorneys for Plaintiff-Relator, Angela Ruckh* |
| Lacy R. Harwell, Jr.<br>U.S. Attorney's Office - FLM<br>400 N. Tampa Street, Suite 3200<br>Tampa, FL 33602<br>Phone: (813) 274-6000<br>Facsimile: (813) 274-6200<br>randy.harwell@usdoj.gov<br><br>*Attorney for the United States* | Magdalena Ozarowski<br>Office of the Attorney General<br>PL-O1 – The Capitol<br>400 S Monroe St<br>Tallahassee, FL 32399-1050<br>Phone: (850) 414-3938<br>Facsimile: (850) 487-0179<br>magdalena.ozarowski@myfloridalegal.com<br><br>*Attorney for the State of Florida* |

/s/ Terence J. Lynam
**Terence J. Lynam**

*Attorney for Defendants*