# EXHIBIT I



# Akin Gump

## STRAUSS HAUER & FELD LLP

**TERENCE J. LYNAM**
+1 202.887.4045/fax: +1 202.887.4288
tlynam@akingump.com

January 22, 2016

<u>VIA HAND DELIVERY</u>

Rebecca A. Beynon, Esq.
Kellogg, Huber, Hansen, Todd, Evans &
  Figel, P.L.L.C.
1615 M Street, NW – Suite 400
Washington, DC 20036-3215

Re:   *United States ex rel. Ruckh v. CMC II, LLC, et al., No. 8:11CV1303 SDM-TBM*

Dear Rebecca:

Pursuant to Rule 26(e), Fed. R. Civ. Pro., Defendants are supplementing their production of documents in response to Request No. 21 of Relator's Fifth Set of Requests for Production of Documents Directed to All Defendants. As you know, Defendants previously produced paper copies of medical records that they obtained from the various facilities for the 800 patients in the sample group. Please find enclosed a flash drive containing additional medical records for some of the sampled patients. These documents were not maintained with the patients' paper records that were produced previously. They consist of MDS assessments (versions 2.0 and 3.0) that were obtained from the company's electronic database containing such assessments. These electronic records were printed to pdf format and copied onto the enclosed drive. This production will supplement the paper copy production and supply the MDS assessments that were not previously produced in paper form.

The password for the drive is: 1548247369. The Bates range for the documents produced is RUQT_PROD-0000006 – 0018582. An index to the production is also enclosed.

Sincerely,

*Terence J. Lynam*

Terence J. Lynam

Enclosures

Cc:   Robert Salcido, Esq.
      Tina Dunsford, Esq.

LaVie MDS

| Patient Name | ARD | ARD | ARD |
|---|---|---|---|
| | 5/28/2011 | | |
| | 10/6/2010 | | |
| | 5/4/2010 | 5/7/2010 | |
| | 9/29/2008 | 10/2/2008 | 10/13/2008 |
| | 9/5/2011 | 9/10/2011 | 9/30/2011 |
| | 12/19/2010 | 12/29/2010 | |
| | 1/11/2009 | 2/13/2009 | |
| | 2/6/2011 | 2/28/2011 | |
| | 5/18/2008 | 6/18/2008 | |
| | 10/2/2010 | 10/3/2010 | |
| | 2/10/2011 | 3/11/2011 | |
| | 6/11/2009 | 6/15/2009 | |
| | 5/6/2011 | 5/11/2011 | 5/21/2011 |
| | 11/14/2010 | 12/13/2010 | |
| | 5/27/2010 | | |
| | 10/2/2010 | 10/26/2010 | |
| | 10/30/2010 | 11/4/2010 | 11/16/2010 |
| | 5/16/2011 | 5/26/2011 | |
| | 9/16/2010 | 9/19/2010 | |
| | 11/19/2010 | 11/30/2010 | |
| | 7/19/2010 | 8/3/2010 | |
| | 11/17/2010 | 11/24/2010 | |
| | 4/24/2011 | | |
| | 3/25/2010 | | |
| | 12/31/2010 | 1/7/2011 | |
| | 10/8/2010 | 10/14/2010 | |
| | 2/15/2011 | | |
| | 7/26/2010 | 8/5/2010 | |
| | 11/19/2010 | | |
| | 9/11/2010 | 9/16/2010 | |
| | 12/11/2009 | 12/14/2009 | |
| | 3/20/2009 | 3/24/2009 | |
| | 10/24/2011 | 11/26/2011 | |
| | 1/4/2009 | 2/2/2009 | |
| | 9/30/2011 | 10/6/2011 | 10/20/2011 |
| | 1/16/2010 | | |
| | 11/2/2010 | | |
| | 10/16/2010 | 10/19/2010 | |
| | 5/4/2009 | 6/2/2009 | |
| | 9/19/2011 | 9/27/2011 | |
| | 3/18/2009 | 3/21/2009 | |
| | 1/27/2011 | | |
| | 1/12/2009 | 1/15/2009 | |
| | 6/10/2011 | | |
| | 5/5/2009 | 5/8/2009 | |
| | 2/18/2011 | | |
| | 12/2/2011 | | |
| | 6/8/2011 | 6/13/2011 | |

1 of 2

LaVie MDS

| Patient Name | ARD | ARD | ARD |
|---|---|---|---|
| | 11/4/2010 | 11/15/2010 | 11/24/2010 |
| | 12/17/2010 | | |
| | 2/24/2009 | 2/27/2009 | |
| | 2/17/2010 | | |
| | 4/13/2011 | | |
| | 4/18/2010 | 5/17/2010 | |
| | 2/3/2011 | 2/6/2011 | 2/17/2011 |
| | 10/31/2009 | | |
| | 6/21/2011 | | |
| | 10/18/2010 | 10/23/2010 | |
| | 1/7/2011 | 1/12/2011 | |
| | 9/5/2008 | | |
| | 10/3/2010 | | |
| | 3/17/2009 | 3/20/2009 | |
| | 7/20/2010 | 8/7/2010 | |
| | 4/12/2010 | | |
| | 12/15/2009 | 1/2/2010 | |
| | 2/14/2011 | 2/17/2011 | |
| | 8/27/2011 | | |
| | 3/22/2010 | | |
| | 3/28/2008 | 4/2/2008 | |
| | 9/28/2010 | | |
| | 10/1/2010 | 10/8/2010 | 10/20/2010 |
| | 6/9/2009 | 7/7/2009 | 7/18/2009 |
| | 3/26/2009 | | |
| | 4/4/2011 | 4/8/2011 | |
| | 6/8/2011 | | |
| | 3/31/2011 | 4/8/2011 | |
| | 10/21/2009 | 11/22/2009 | |
| | 1/28/2010 | 2/16/2010 | |
| | 12/14/2010 | | |
| | 11/23/2011 | 11/29/2011 | |
| | 1/31/2010 | | |
| | 1/24/2011 | | |
| | 12/31/2010 | 1/13/2011 | |
| | 7/2/2008 | | |
| | 4/29/2009 | | |
| | 2/11/2008 | 3/12/2008 | |
| | 10/4/2010 | 10/9/2010 | |
| | 7/22/2011 | 8/7/2011 | |
| | 4/8/2008 | 4/12/2008 | |
| | 10/25/2010 | 11/4/2010 | |
| | 6/11/2009 | | |