# EXHIBIT J

Case 8:11-cv-01303-SDM-TBM   Document 264-10   Filed 01/28/16   Page 2 of 6 PageID 5137

ASHLEY ARDOIN  Subject to Protective Order                November 19, 2015
U.S.A., et al. vs. CMC II, LLC, et al.                                    1

```
              UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF FLORIDA
                    TAMPA DIVISION

        CIVIL ACTION NO.:  8:11 CV 1303 SDM-TBM
```

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA, ex
rel., ANGELA RUCKH,

    Plaintiff,

vs.

CMC II, LLC; SEA CREST HEALTH
CARE MANAGEMENT, LLC, d/b/a
LAVIE MANAGEMENT SERVICES OF
FLORIDA; SALUS REHABILITATION,
LLC, d/b/a LAVIE REHAB; 207
MARSHALL DRIVE OPERATIONS,
LLC, d/b/a MARSHALL HEALTH AND
REHABILITATION CENTER; 803 OAK
STREET OPERATIONS, LLC, d/b/a
GOVERNOR'S CREEK HEALTH AND
REHABILITATION CENTER,

    Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*
              SUBJECT TO PROTECTIVE ORDER


| | |
|---|---|
| VIDEOTAPED DEPOSITION OF: | Ashley Ardoin |
| DATE TAKEN: | November 19, 2015 |
| TIME: | 9:15 a.m. - 2:47 p.m. |
| PLACE: | Esquire Depo Solutions<br>200 East Robinson Street<br>Suite 725<br>Orlando, Florida 32801 |
| REPORTED BY: | Stacey B. Walters<br>Notary Public |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*



Case 8:11-cv-01303-SDM-TBM   Document 264-10   Filed 01/28/16   Page 3 of 6 PageID 5138

ASHLEY ARDOIN  Subject to Protective Order                November 19, 2015
U.S.A., et al. vs. CMC II, LLC, et al.                                    90

```
 1        Q.    Okay.  So why did you refer to AHT when I
 2   asked you about this fix?
 3        A.    AHT is the one that creates the MDS record.
 4   SimpleLTC only trans -- retransmits it.
 5        Q.    Okay.
 6        A.    SimpleLTC is suggesting a -- the fix for us.
 7        Q.    Okay.  Okay, let's go on to the next document.
 8        (Ardoin Exhibit No. 9 was marked for
 9   identification.)
10             THE COURT REPORTER:  (Tenders document to
11        witness.)
12             THE WITNESS:  (Witness reviews document.)
13   BY MR. DELANEY:
14        Q.    Do you know who Athena Simpson is?
15        A.    Yes, I do.
16        Q.    Who is she?  Oh -- yeah, I assume it was a
17   woman's name?
18        A.    Yes, it is.
19        Q.    Who is she?
20        A.    She worked for LaVie Rehab basically for a
21   while and then she worked in reimbursement.  I think her
22   title at that time was director of clinical
23   reimbursement.
24        Q.    Okay.  And did you work with her?
25        A.    Yes, I worked with her for a little bit, only
```



Case 8:11-cv-01303-SDM-TBM   Document 264-10   Filed 01/28/16   Page 4 of 6 PageID 5139

ASHLEY ARDOIN  Subject to Protective Order                November 19, 2015
U.S.A., et al. vs. CMC II, LLC, et al.                                  100

```
 1   Centennial Health Care -- not Centennial, Consulate
 2   Health Care.
 3        Q.   Okay.  Would it be possible to maintain
 4   electronic copies of MDS assessments which bore an
 5   electronic signature?
 6        A.   I would say yes.
 7        Q.   And your company would be able to do that --
 8   the defendants would be able to do that in electronic
 9   form, I presume?
10        A.   I believe that's how they were done, yes.  If
11   they were signed, then that signature would be part of
12   the American HealthTech record.
13        Q.   Okay.  And do you have -- do the defendants
14   have access to the American HealthTech records?
15        A.   Yes, we do.
16        Q.   Okay.  I'm going to show you the next exhibit
17   now.
18             MR. SALCIDO:  If we're moving on, just so the
19        record's clear, you -- you read from item 13, which
20        I read as any policies or procedures defendants use
21        to ensure the accuracy of the signatures or other
22        data or forms submitted to the government health
23        agency.  It wasn't simply all written policies.  It
24        says policies or procedures.  He testified as to
25        the practice as he understood it to ensure the
```



Case 8:11-cv-01303-SDM-TBM   Document 264-10   Filed 01/28/16   Page 5 of 6 PageID 5140

ASHLEY ARDOIN  Subject to Protective Order                November 19, 2015
U.S.A., et al. vs. CMC II, LLC, et al.                                 176

```
 1                    CERTIFICATE OF OATH

 2   STATE OF FLORIDA
     COUNTY OF ORANGE
 3

 4           I, Stacey B. Walters, hereby certify that on

 5   this 19th day of November, 2015, ASHLEY ARDOIN appeared

 6   before me and was sworn by me for the purpose of giving

 7   testimony in the matter of The United States of America

 8   v. CMC II, LLC.  He produced a driver's license as

 9   identification.

10

11           WITNESS MY HAND AND OFFICIAL SEAL this 30th

12   day of November, 2015.

13

14

15
```



```
17          STACEY B. WALTERS
            Court Reporter, Notary Public,
18          State of Florida at Large

19          Commission # FF 897922
            Expires:  August 30, 2019
```

Case 8:11-cv-01303-SDM-TBM   Document 264-10   Filed 01/28/16   Page 6 of 6 PageID 5141

ASHLEY ARDOIN  Subject to Protective Order                November 19, 2015
U.S.A., et al. vs. CMC II, LLC, et al.                                 177

```
 1                    CERTIFICATE OF REPORTER
 2
 3     STATE OF FLORIDA
 4     COUNTY OF ORANGE
 5
 6            I, STACEY B. WALTERS, Certified Shorthand
 7     reporter, certify that I was authorized to and did
 8     stenographically report the foregoing proceedings at the
 9     time and place herein designated; and that the foregoing
10     pages 5 through 175, inclusive, constitute a true,
11     complete and accurate transcription of my said stenotype
12     notes.
13            I further certify that I am not of counsel
14     for, related to, or employed by any party hereto or
15     attorney involved herein, nor am I financially
16     interested in the outcome of this action.
17            Witness my hand this 30th day of November,
18     2015.
19
20
21
22                    _____
                      STACEY B. WALTERS
23                    Court Reporter
24
25
```

