**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* ANGELA RUCKH,

Plaintiff,

v.

CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITATION CENTER; 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER,

Defendants.

CIVIL ACTION NO.
8:11 CV 1303 SDM-TBM

**RELATOR'S SUPPLEMENT TO**
**MOTION TO PRECLUDE DEFENDANTS' USE OF UNTIMELY PRODUCED DOCUMENTS AND FOR SANCTIONS (Dkt. No. 264)**

Relator Angela Ruckh, by and through her attorneys, respectfully submits this Supplement to her pending Motion to preclude Defendants from using documents produced months after the close of discovery and for related sanctions (Dkt. No. 264), in order to update the Court about Defendants' continued production of untimely discovery.

The pending Motion addresses the belated production of medical records.  These medical records were first requested in January 2014.  *See* Ex. A to Mot. at 11 (Dkt. No. 264-1).  Defendants assured Relator that all responsive documents had been produced by August 15, 2015.  On October 30, 2015, Defendants reiterated, in response to Relator's Requests for Admission, that they had produced all medical records in their possession.  *See* Mot. at 4-5 & n.2.  Accordingly, Relator proceeded to produce expert reports based upon the existing records.  However, on January 22, 2016, Defendants produced more than 18,000 pages of additional material precipitating Relator's pending Motion.

Relator would like to bring to the Court's further attention that, less than 24 hours ago, Defendants produced more than 5,000 additional pages of documents that Defendants previously assured Relator had been fully produced.  *See* Mot. at 6-7.

Compounding their abuse of this Court's discovery schedule, Defendants' cover letter to this untimely production makes clear that further patient medical records will be forthcoming and acknowledges that Relator's expert has had no opportunity to review or to respond to these additional documents.  *See* Letter from T. Lynam to S. Strikis, *et al.* (Feb. 10, 2016) (attached hereto as Exhibit 1).

As with late-produced documents addressed in the Motion, Defendants should not be permitted to refuse to comply with their discovery obligations in a timely manner, misrepresent that they have complied with those obligations, and then belatedly provide serial productions months after Relator's expert reports have been submitted.  Defendants' most recent "additional production" demonstrates that this behavior will be ongoing, thereby prejudicing Relator and delaying the trial.

For all the reasons stated in the Motion, Defendants should not be allowed to rely on these and any other late-produced materials and should be sanctioned, as set forth in the Motion, for failing to comply with this Court's prior scheduling and discovery orders.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Relator previously attempted in good faith to work with Defendants' counsel and met and conferred with Defendants' counsel about the original Motion on January 25 and January 27, 2016, but was unable to reach agreement as to the relief requested in the Motion.

Dated: February 11, 2016

Respectfully submitted,

*s/ Silvija A. Strikis*

| | |
|---|---|
| Kevin J. Darken (FL. Bar No. 0090956) | Silvija A. Strikis (*pro hac vice*) |
| THE COHEN LAW GROUP | Rebecca A. Beynon (*pro hac vice*) |
| 201 East Kennedy Boulevard, Suite 1000 | Joseph S. Hall (*pro hac vice*) |
| Tampa, Florida 33602 | Bradley E. Oppenheimer (*pro hac vice*) |
| Telephone: (813) 225-1655 | Jeffrey A. Love (*pro hac vice*) |
| Facsimile: (813) 225-1921 | KELLOGG, HUBER, HANSEN, TODD, |
| kdarken@tampalawfirm.com |   EVANS & FIGEL, P.L.L.C. |
| | 1615 M Street, N.W., Suite 400 |
| | Washington, D.C. 20036 |
| | Telephone: (202) 326-7900 |
| | Facsimile: (202) 326-7999 |
| | sstrikis@khhte.com |
| | rbeynon@khhte.com |
| | jhall@khhte.com |
| | boppenheimer@khhte.com |
| | jlove@khhte.com |
| | |
| Rory Delaney (*pro hac vice*) | Charles F. Kester (*pro hac vice*) |
| DELANEY KESTER LLP | DELANEY KESTER LLP |
| 7 Liberty Square, 2nd Floor, | 4505 Las Virgenes Road, Suite 203 |
| Boston, MA  02109 | Calabasas, CA  91302 |
| Telephone:  (857) 498-0384 | Telephone:  (818) 974-8627 |
| royston@delaneykester.com | Facsimile:  (818) 914-6911 |
| | charles@delaneykester.com |

*Counsel for Relator*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on February 11, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Defendants.

      *s/ Silvija A. Strikis*