# EXHIBIT 1



**Akin Gump**
STRAUSS HAUER & FELD LLP

TERENCE J. LYNAM
+1 202.887.4045/fax: +1 202.887.4288
tlynam@akingump.com

February 10, 2016

VIA ELECTRONIC MAIL

Silvija A. Strikis, Esq.
Rebecca A. Beynon, Esq.
Joseph S. Hall, Esq.
Bradley E. Oppenheimer, Esq.
Jeffrey A. Love, Esq.
Kellogg, Huber, Hansen, Todd, Evans &
 Figel, P.L.L.C.
1615 M Street, NW – Suite 400
Washington, DC 20036-3215

Re: *United States ex rel. Ruckh v. CMC II, LLC, et al.*, No. 8:11CV1303 SDM-TBM

Dear Counsel:

Pursuant to Rules 26(e) and 26(a)(2), Fed.R.Civ.Pro., Defendants are supplementing their production of documents and producing documents that will be relied on by their expert. The documents are additional records from the patient files for 12 of the patients in the sample group.

As stated in my letter of January 27, 2016, Defendants have continued to search to determine whether some of the missing documentation noted in Relator's expert report could be located. As you know, the patient files can be voluminous and cover several years of a resident's stay. The documents that are being produced were retrieved from the facilities where the patient was treated. We believe that most of these documents were not in the original production of the files for the patient, although due to the size of the patient files, it is possible that some of these documents are duplicative of previously produced documents. In any event, Defendants' expert will be relying on them in his rebuttal report.

The patients in this group are all Medicaid patients. The Defendants are continuing to search for documents that Relator's expert indicated were missing for the Medicare patients. Some documents have been retrieved from the facilities and are currently being reviewed to determine whether they were previously produced. If they were not, we will produce them as soon as possible.



Kellogg, Huber, *et al.*
February 10, 2016
Page 2

    In light of this production, Defendants have no objection to Relator supplementing her expert's report taking into account these records.

    An index for the documents is attached. As we have with the past productions, we will send an FTP link so you can access the documents electronically.

    Sincerely,

    Terence J. Lynam

Attachment

Cc:  Robert Salcido, Esq.
      Tina Dunsford, Esq.

Medical Records Index

| Patient | | ProdBeg | ProdEnd | Facility |
| --- | --- | --- | --- | --- |
| Last | First | | | |
| | | RUQT_PROD-0018583 | RUQT_PROD-0018849 | Harts Harbor Health Care Center |
| | | RUQT_PROD-0018850 | RUQT_PROD-0019516 | North Florida Rehab & Specialty Care |
| | | RUQT_PROD-0019517 | RUQT_PROD-0019607 | Wood Lake Nursing and Rehab |
| | | RUQT_PROD-0019608 | RUQT_PROD-0020512 | Magnolia Health and Rehab Center |
| | | RUQT_PROD-0020513 | RUQT_PROD-0020920 | Magnolia Health and Rehab Center |
| | | RUQT_PROD-0020921 | RUQT_PROD-0020942 | Largo Health & Rehab Center |
| | | RUQT_PROD-0020943 | RUQT_PROD-0021279 | Fort Pierce Health Care |
| | | RUQT_PROD-0021280 | RUQT_PROD-0021389 | Wood Lake Nursing and Rehab |
| | | RUQT_PROD-0021390 | RUQT_PROD-0021470 | Wood Lake Nursing and Rehab |
| | | RUQT_PROD-0021471 | RUQT_PROD-0021881 | Hillcrest Health Care and Rehab Center |
| | | RUQT_PROD-0021882 | RUQT_PROD-0022635 | Heritage Health Care Center at Tallahassee |
| | | RUQT_PROD-0022636 | RUQT_PROD-0023747 | Hillcrest Health Care and Rehab Center |