# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

|  |  |
|---|---|
| THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* ANGELA RUCKH, <br><br> Plaintiffs, <br><br> v. <br><br> CMC II, LLC; et al., <br><br> Defendants. | CIVIL ACTION NO. <br> 8:11 CV 1303 SDM-TBM |

## DECLARATION OF ROBERT SALCIDO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Robert Salcido, an attorney admitted to practice before this honorable Court, pro hac vice, respectfully declares, under penalty of perjury, that the following statements are true and correct:

I am a partner at the law firm Akin Gump Strauss Hauer & Feld LLP, counsel for Defendants in this action. I respectfully submit this declaration in support of Defendants' Motion for Summary Judgment. Defendants' Motion for Summary Judgment, along with supporting points and authorities, is submitted with this declaration.

1. Attached hereto as Exhibit A is the Statement of Undisputed Facts ("SOF") containing uncontested facts and the accompanying evidentiary source for those facts.

2. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Jami Hurst.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of the June 3, 2015 deposition of Angela Ruckh.

4.  Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the October 29, 2015 deposition of Angela Ruckh.

5.  Attached hereto as Exhibit 4 is a true and correct copy of the report of Shirley Bradley.

6.  Attached hereto as Exhibit 5 is a true and correct copy of the report of Marvette Lowrie-Morris.

7.  Attached hereto as Exhibit 6 is a true and correct copy of an excerpt of the October 17, 2015 deposition of Lee Juliano.

8.  Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of the deposition of Kristi Williams.

9.  Attached hereto as Exhibit 8 is a true and correct copy of an excerpt of the deposition of Pan DeMayo.

10. Attached hereto as Exhibit 9 is a true and correct copy of an excerpt of the deposition of Christine Bennetts.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt of the deposition of Julie Rousey.

12. Attached hereto as Exhibit 11 is a true and correct copy of an excerpt of the deposition of Cheryl McAnally.

13. Attached hereto as Exhibit 12 is a true and correct copy of an excerpt of the deposition of Jignasa Dabhi.

14. Attached hereto as Exhibit 13 is a true and correct copy of an excerpt of the deposition of Caroline Packer.

15. Attached hereto as Exhibit 14 is a true and correct copy of an excerpt of the deposition of Karmen Morgan.

16. Attached hereto as Exhibit 15 is a true and correct copy of an excerpt of the deposition of Derick Deeter.

17. Attached hereto as Exhibit 16 is a true and correct copy of an excerpt of the deposition of LouAnn Stephens.

18. Attached hereto as Exhibit 17 is a true and correct copy of an excerpt of the deposition of Stephanie Griffin.

19. Attached hereto as Exhibit 18 is a true and correct copy of an excerpt of the deposition of Christine Bennetts.

20. Attached hereto as Exhibit 19 is a true and correct copy of an excerpt of the deposition of David McKenzie.

21. Attached hereto as Exhibit 20 is a true and correct copy of an excerpt of the deposition of Sarah Finnegan.

22. Attached hereto as Exhibit 21 is a true and correct copy of RUQT_ESI04809568-84.

23. Attached hereto as Exhibit 22 is a true and correct copy of RUQT_ESI01407487.

24. Attached hereto as Exhibit 23 is a true and correct copy of RUQT 067660.

25. Attached hereto as Exhibit 24 is a true and correct copy of RUQT_ESI04640739-45.

26. Attached hereto as Exhbit 25 is a true and correct copy of the declaration of Stefan Boedeker, which attaches a true and correct copy of his February 2016 expert report.

27. Attached hereto as Exhbit 26 is a true and correct copy of the declaration of Peter Dressel, which attaches a true and correct copy of his December 2015 and February 2016 expert reports.

28. Attached hereto as Exhbit 27 is a true and correct copy of the declaration of Scott Heichel, which attaches a true and correct copy of his February 2016 expert report.

29. Attached hereto as Exhbit 28 is a true and correct copy of the declaration of Gregory Palega, which attaches a true and correct copy of his February 2016 expert report.

30. Attached hereto as Exhbit 29 is a true and correct copy of the declaration of Steven Pelovitz, which attaches a true and correct copy of his February 2016 expert report.

31. Attached hereto as Exhibit 30 is a true and correct copy of an excerpt of the deposition of Shirley Bradley.

32. Attached hereto as Exhibit 31 is a true and correct copy of an excerpt of the deposition of Gregory Palega.

33. Attached hereto as Exhibit 32 is a true and correct copy of an excerpt of the deposition of Marvette Lowrie-Morris.

34. Attached hereto as Exhibit 33 is a true and correct copy of the CMS Revised Long-Term Care Facility Resident Assessment Instrument User's Manual Version 2.0, Ch. 2, Section 2.6.

35. Attached hereto as Exhibit 34 is a true and correct copy of an excerpt of the deposition of Steven Pelovitz.

36. Attached hereto as Exhibit 35 is a true and correct copy of Inpatient Rehabilitation Facilities, Ctrs. Medicare & Medicaid Servs.,

https://www.cms.gov/Medicare/Provider-Enrollment-and-Certification/CertificationandComplianc/InpatientRehab.html.

37. Attached hereto as Exhibit 36 is a true and correct copy of Nursing Homes, Ctrs. Medicare & Medicaid Servs., https://www.cms.gov/medicare/provider-enrollment-and-certification/certificationandcomplianc/nhs.html.

38. Attached hereto as Exhibit 37 is a true and correct copy of RUQT_064060.

39. Attached hereto as Exhibit 38 is a true and correct copy of an excerpt of the March 24, 2016 deposition of Angela Ruckh.

40. Attached hereto as Exhibit 39 is a true and correct copy of RUQT_ESI04798837.

41. Attached hereto as Exhibit 40 is a true and correct copy of RUQT_ESI04809568-84.

42. Attached hereto as Exhibit 41 is a true and correct copy of the CMS Revised Long-Term Care Facility Resident Assessment Instrument User's Manual Version 2.0 at 3-77.

43. Attached hereto as Exhibit 42 is a true and correct copy of the CMS Long-Term Care Facility Resident Assessment Instrument User's Manual MDS 3.0 at G-4.

44. Attached hereto as Exhibit 43 is a true and correct copy of Relator's Responses and Objections to Defendants' First Set of Interrogatories, Response No. 17.

45. Attached hereto as Exhibit 44 is a true and correct copy of a Jan. 22, 2016 Letter from T. Lynam to R. Beynon.

46. Attached hereto as Exhibit 45 is a true and correct copy of the declaration of Richard Davis Thomas, Jr.

47. Attached hereto as Exhibit 46 is a true and correct copy of an excerpt of the transcript of the February 22, 2016 hearing before the Court.

48. Attached hereto as Exhibit 47 is a true and correct copy of the declaration of Ann Buzzell.

49. Attached hereto as Exhibit 48 is a true and correct copy of RUQT_ESI00352630.

Dated: April 5, 2016          Respectfully submitted,

*/s/ Robert S. Salcido*

Robert S. Salcido (*pro hac vice*)
rsalcido@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 5, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record for Plaintiffs.

*/s/ Terence J. Lynam*
**Terence J. Lynam**

*Attorney for Defendants*