UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:11-cv-1303-T-23TBM | **DATE:** April 27, 2016 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM:** 15A |
| **ANGELA RUCKH,**<br><br>           **Plaintiff,**<br>**v.**<br><br>**CMC II, LLC, et al.,**<br><br>           **Defendants.** | **PLAINTIFF'S COUNSEL**<br>Bradley E. Oppenheimer<br>Derek T. Ho<br>Joseph S. Hall<br>James M. Webster III<br>Kevin Darken (via telephone) |
| | **DEFENSE COUNSEL**<br>Robert S. Salcido<br>Terence J. Lynam<br>Tina E. Dunsford |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Lindsay Meadows |
| **TIME:** 9:03 a.m.–10:11 a.m.; 10:35 a.m.–12:43 p.m. | **TOTAL:** 3 hours, 16 minutes |

**PROCEEDINGS:   HEARING RE: MOTION FOR SUMMARY JUDGMENT**

- 207 Marshall Drive Operations, LLC, 803 Oak Street Operations, LLC, CMC II, LLC, Salus Rehabilitation, LLC, and Sea Crest Health Care Management, LLC move (Doc. 292) for summary judgment.

- Defendants' presentation.

- Plaintiff's presentation.

- Defendants' response.

- Hearing concluded.