UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:11-cv-1303-T-23TBM | **DATE:** January 26, 2017 |
| **HONORABLE STEVEN D. MERRYDAY** | **COURTROOM 15A** |
| **ANGELA RUCKH** <br><br> **v.** <br><br> **CMC II, LLC., et al.** | **PLAINTIFF'S COUNSEL**: Jim Webster <br> Joseph Hall <br> Kevin Darken <br> Royston Delaney |
| | **DEFENSE COUNSEL:** Robert Salcido <br> Terence Lynam <br> Dave Thomas <br> Catherine Creely <br> Carroll Skehan |
| **COURT REPORTER:** Bill Jones | **DEPUTY CLERK:** Sara Behnke |
| **TIME:** 9:35 a.m.–11:03 a.m., 11:17 a.m.–12:16 p.m., 1:37 p.m.–2:17 p.m., 2:26 p.m.–3:35 p.m., 3:55 p.m.–5:07 p.m. | **TOTAL:** 5 hours and 30 minutes |

**PROCEEDINGS:   DAY EIGHT: JURY TRIAL**

- Jim Webster (plaintiff) calls witness Stefanie Griffin.  The testimony is given via video deposition.

- Jim Webster (plaintiff) calls witness Caroline Packer for direct examination.

- Catherine Creely (defense) cross examines the witness Caroline Packer.

- Jim Webster (plaintiff) calls witness Pamela Horn for direct examination.

- Terence Lynam (defense) cross examines the witness Pamela Horn.

- Jim Webster (plaintiff) re-directs examination of the witness Pamela Horn.

- Plaintiff exhibits introduced and admitted: RX-405, RX-407, RX-406R, RX-421, RX-422, RX-423, RX-424, RX-425, RX-409, RX-410, RX-411, RX-412, RX-413, RX-416, RX-417, RX-418, RX-419, RX-420, RX-414, RX-415, RX-408.

- The trial will resume on Friday, January 27, 2016 at 9:00 a.m.