UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF
AMERICA and THE STATE OF
FLORIDA *ex rel.* ANGELA RUCKH,

    Plaintiffs,

v.

CMC II, LLC, et al.

    Defendants.
_____/

CASE NO. 8:11-cv-1303-T-23-TBM

## **VERDICT**

### Part (A) Claims

**A1. The federal and Florida Part (A) Claims.** Did the defendant listed below knowingly present, or cause the presentation of, a false or fraudulent claim either to Medicare or Medicaid or to an agent of either?

| | | |
|---|---|---|
| Sea Crest Health Care Management d/b/a LaVie Management Services of Florida and its successor CMC II, LLC | Yes ✓ | No ___ |
| Salus Rehabilitation, LLC d/b/a LaVie Rehab | Yes ✓ | No ___ |

207 Marshall Drive Operations, LLC
d/b/a Marshall Health and
Rehabilitation Center          Yes ✓        No ____

803 Oak Street Operations, LLC
d/b/a Governor's Creek Health
and Rehabilitation Center      Yes ✓        No ____

If you answered "No" under A1 as to <u>every</u> defendant, do not answer the next two questions but proceed instead to "Part (B) Liability."

If you answered "Yes" under A1 as to <u>any</u> defendant, answer the next two questions.

**A2. Part (A) Number of False Claims.** For each defendant with respect to which you answered "Yes" in A1, state the total number of false or fraudulent demands for payment submitted or caused to be submitted to each of the following programs by that defendant:

Sea Crest Health Care
Management d/b/a LaVie
Management Services of
Florida and its successor
CMC II, LLC                    Medicare: 123     Medicaid: 0

Salus Rehabilitation, LLC
d/b/a LaVie Rehab              Medicare: 44

207 Marshall Drive
Operations, LLC d/b/a
Marshall Health and
Rehabilitation Center          Medicare: 1       Medicaid: 0

803 Oak Street Operations,
LLC d/b/a Governor's Creek
Health and Rehabilitation
Center                         Medicare: 4       Medicaid: 0

**A3. Part (A) Damages.** For each defendant with respect to which you answered "Yes" in A1 and to which you assigned a number in A2, state the total damages incurred by each of the following programs as a result of the false or fraudulent demands for payment made or caused by that defendant:

Sea Crest Health Care
Management d/b/a LaVie
Management Services of
Florida and its successor
CMC II, LLC                            Medicare: $79,839,300   Medicaid: $ 0

Salus Rehabilitation, LLC
d/b/a LaVie Rehab                      Medicare: $ 0

207 Marshall Drive
Operations, LLC d/b/a
Marshall Health and
Rehabilitation Center                  Medicare: $2,039,308   Medicaid: $ 0

803 Oak Street Operations,
LLC d/b/a Governor's Creek
Health and Rehabilitation
Center                                 Medicare: $3,258,487   Medicaid: $ 0

**Part (B) Claims**

**B1. The federal and Florida Part (B) Claims.** Did the defendant listed below knowingly make, use, or cause to be made or used, a false or fraudulent record or statement that was material to a false or fraudulent claim submitted to Medicare or Medicaid or an agent of either?

Sea Crest Health Care Management
d/b/a LaVie Management
Services of Florida and its successor
CMC II, LLC                            Yes ✓          No ____

Salus Rehabilitation, LLC
d/b/a LaVie Rehab                      Yes ✓          No ____

| | | |
|---|---|---|
| 207 Marshall Drive Operations, LLC d/b/a Marshall Health and Rehabilitation Center | Yes ✓ | No ____ |
| 803 Oak Street Operations, LLC d/b/a Governor's Creek Health and Rehabilitation Center | Yes ✓ | No ____ |

If you answered "No" under B1 as to <u>every</u> defendant, do not answer the next two questions but proceed instead to "Part (G) Liability."

If you answered "Yes" under B1 as to <u>any</u> defendant, answer the next two questions.

**B2. Part (B) Number of False Records and Statements.** For each defendant with respect to which you answered "Yes" to B1, state the total number of false or fraudulent records or statements material to claims made or caused to be made by that defendant to each of the following programs:

| | | |
|---|---|---|
| Sea Crest Health Care Management d/b/a LaVie Management Services of Florida and its successor CMC II, LLC | Medicare: 110 | Medicaid: 26 |
| Salus Rehabilitation, LLC d/b/a LaVie Rehab | Medicare: 44 | |
| 207 Marshall Drive Operations, LLC d/b/a Marshall Health and Rehabilitation Center | Medicare: 13 | Medicaid: 0 |
| 803 Oak Street Operations, LLC d/b/a Governor's Creek Health and Rehabilitation Center | Medicare: 26 | Medicaid: 0 |

**B3. Part (B) Damages.** For each defendant with respect to which you answered "Yes" in B1 and to which you assigned a number in B2, state the total damages incurred by each of the following programs as a result of the false or fraudulent records or statements made or caused by that defendant:

Sea Crest Health Care Management d/b/a LaVie Management Services of Florida and its successor CMC II, LLC          Medicare: $ 0          Medicaid: $ 30,000,000

Salus Rehabilitation, LLC d/b/a LaVie Rehab          Medicare: $ 0

207 Marshall Drive Operations, LLC d/b/a Marshall Health and Rehabilitation Center          Medicare: $ 0          Medicaid: $ 0

803 Oak Street Operations, LLC d/b/a Governor's Creek Health and Rehabilitation Center          Medicare: $ 0          Medicaid: $ 0

## Part (G) Claims

**G1. The federal and Florida Part (G) Claims.** Did the defendant listed below knowingly make, use, or cause to be made or used, a false or fraudulent record or statement that was material to an obligation to pay, repay, or transmit money or property to Medicare or Medicaid or an agent of either?

Sea Crest Health Care Management d/b/a LaVie Management Services of Florida and its successor CMC II, LLC          Yes ✓          No ___

Salus Rehabilitation, LLC d/b/a LaVie Rehab          Yes ___          No ✓

207 Marshall Drive Operations, LLC
d/b/a Marshall Health and
Rehabilitation Center					Yes ✓			No _____

803 Oak Street Operations, LLC
d/b/a Governor's Creek Health
and Rehabilitation Center				Yes ✓			No _____

If you answered "No" under G1 as to <u>every</u> defendant, do not answer the next two questions but proceed instead to sign and date the verdict form.

If you answered "Yes" under G1 as to <u>any</u> defendant, answer the next two questions and then proceed to sign and date the verdict form.

**G2. Part (G) Number of False Records and Statements.** For each defendant with respect to which you answered "Yes" in G1, state the number of false or fraudulent records or statements material to obligations to pay, repay, or transmit money or property made or caused by that defendant to each of the following programs:

Sea Crest Health Care
Management d/b/a LaVie
Management Services of
Florida and its successor
CMC II, LLC					Medicare: __21__		Medicaid: __0__

Salus Rehabilitation, LLC
d/b/a LaVie Rehab				Medicare: __0__

207 Marshall Drive
Operations, LLC d/b/a
Marshall Health and
Rehabilitation Center				Medicare: __13__		Medicaid: __0__

803 Oak Street Operations,
LLC d/b/a Governor's Creek
Health and Rehabilitation
Center						Medicare: __21__		Medicaid: __0__

8:11-cv-1303-T-23-TBM
Verdict — Page 6 of 7

**G3. Part (G) Damages.** For each defendant with respect to which you answered "Yes" in G1 and to which you assigned a number in G2, state the total damages incurred by each of the following programs as a result of the false or fraudulent records or statements made or caused by that defendant:

Sea Crest Health Care Management d/b/a LaVie Management Services of Florida and its successor CMC II, LLC      Medicare: $ 0      Medicaid: $ 0

Salus Rehabilitation, LLC d/b/a LaVie Rehab      Medicare: $ 0

207 Marshall Drive Operations, LLC d/b/a Marshall Health and Rehabilitation Center      Medicare: $ 0      Medicaid: $ 0

803 Oak Street Operations, LLC d/b/a Governor's Creek Health and Rehabilitation Center      Medicare: $ 0      Medicaid: $ 0

SO SAY WE ALL.

_____
Foreperson

Dated: **February 15**, 2017