UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
and STATE OF FLORIDA
*ex rel.* ANGELA RUCKH,

    Plaintiffs,

v.                                                                              CASE NO. 8:11-cv-1303-T-23TBM

SALUS REHABILITATION, et al.,

    Defendants.
_____/

## **ORDER**

On March 1, 2017, the clerk entered judgments totaling $347,864,285 for the United States and the State of Florida and against the defendants. Although under Rule 62(a), Federal Rules of Civil Procedure, a writ of execution may issue no earlier than March 16, 2017, Rule 50(b) allows the defendants to renew the motion for judgment as a matter of law no later than March 29, 2017. Explaining that the expiration of Rule 62(a)'s automatic stay might trigger a default on a revolving loan that provides operating capital to 183 skilled nursing facilities, including 80 facilities that provide 11.5% of the nursing facility beds in Florida, the defendants argue that executing on the judgments will jeopardize the provision of care to 17,000 nursing-facility patients. The defendants move (Doc. 447) to stay execution until the disposition of the renewed motion for judgment as a matter of law.

No later than 6 p.m. on **MARCH 14, 2017**, the relator, the United States, and the State of Florida each may respond to the defendants' emergency motion (Doc. 447) to stay execution on the judgment. Each response must comply with the order (Doc. 371) modifying Local Rule 3.01.

The relator's unopposed motion (Doc. 444) to extend the time within which to move for an attorney's fee and to submit a proposed bill of costs is **GRANTED-IN-PART** and **DENIED-IN-PART**. No later than fourteen days after the disposition of the renewed motion for judgment as a matter of law, the relator may move for an attorney's fee and may submit a proposed bill of costs. The motion for an attorney's fee may not exceed twenty pages.

ORDERED in Tampa, Florida, on March 13, 2017.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE