**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

THE UNITED STATES OF AMERICA and THE STATE OF FLORIDA *ex rel.* ANGELA RUCKH,

Plaintiffs,

v.

CMC II, LLC; SEA CREST HEALTH CARE MANAGEMENT, LLC, d/b/a LAVIE MANAGEMENT SERVICES OF FLORIDA; SALUS REHABILITATION, LLC, d/b/a LAVIE REHAB; 207 MARSHALL DRIVE OPERATIONS, LLC, d/b/a MARSHALL HEALTH AND REHABILITATION CENTER; 803 OAK STREET OPERATIONS, LLC, d/b/a GOVERNOR'S CREEK HEALTH AND REHABILITATION CENTER,

Defendants.

CIVIL ACTION NO.
8:11 CV 1303 SDM-TBM

**NOTICE OF APPEAL**

Notice is hereby given that Angela Ruckh, the Relator in the above named case, appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment entered in favor of Defendants against Angela Ruckh, the United

States of America, and the State of Florida (Dkt. 469), and all prior and subsequent non-final orders and rulings adverse to Relator.

Dated: February 8, 2018

Respectfully submitted,

*s/ Derek T. Ho*

Silvija A. Strikis (*pro hac vice*)
James M. Webster, III (*pro hac vice*)
Rebecca A. Beynon (*pro hac vice*)
Joseph S. Hall (*pro hac vice*)
Derek T. Ho (*pro hac vice*)
Bradley E. Oppenheimer (*pro hac vice*)
Jeffrey A. Love (*pro hac vice*)
Kellogg, Hansen, Todd,
Figel & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone: (202) 326-7900
Facsimile: (202) 326-7999
sstrikis@kellogghansen.com
jwebster@kellogghansen.com
rbeynon@kellogghansen.com
jhall@kellogghansen.com
dho@kellogghansen.com
boppenheimer@kellogghansen.com
jlove@kellogghansen.com

Kevin J. Darken
(FL. Bar No. 0090956)
The Cohen Law Group
201 East Kennedy Boulevard,
Suite 1950
Tampa, FL 33602
Telephone: (813) 225-1655
Facsimile: (813) 225-1921
kdarken@tampalawfirm.com

Rory Delaney (*pro hac vice*)
Delaney Kester LLP
745 Atlantic Avenue, 8th Floor
Boston, MA 02111
Telephone: (857) 498-0384
royston@delaneykester.com

Charles F. Kester (*pro hac vice*)
Delaney Kester LLP
4505 Las Virgenes Road, Suite 203
Calabasas, CA 91302
Telephone: (818) 974-8627
Facsimile: (818) 914-6911
charles@delaneykester.com

*Counsel for Relator*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 8, 2018, I electronically filed this document with the Clerk of the Court.

*s/ Derek T. Ho*