UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA *ex rel.*
ANGELA RUCKH,

    Plaintiff,

v.                                         Case No:  8:11-cv-1303 SDM-CPT

CMC II, LLC; SEA CREST HEALTH
CARE MANAGEMENT, LLC, d/b/a
LAVIE MANAGEMENT SERVICES OF
FLORIDA; SALUS REHABILITATION,
LLC, d/b/a LAVIE REHAB; 207
MARSHALL DRIVE OPERATIONS,
LLC, d/b/a MARSHALL HEALTH AND
REHABILITATION CENTER; 803 OAK
STREET OPERATIONS, LLC, d/b/a
GOVERNOR'S CREEK HEALTH AND
REHABILITATION COENTER,

    Defendants.
_____/

## RECEIVER'S NOTICE OF APPEARANCE

    Pedro F. Bajo, Jr., of the law firm of Bajo | Cuva | Cohen | Turkel, has been retained and appears as counsel on behalf of Steven S. Oscher, Receiver for Barry A. Cohen, P.A.

    Counsel requests that he be provided electronic notice of all further activity and filings in this action.

                                                  Respectfully submitted,

                                                  */s/ Pedro F. Bajo, Jr.*
                                                  Pedro F. Bajo, Jr.
                                                  Florida Bar No:  966029
                                                  Bajo | Cuva | Cohen | Turkel
                                                  100 N. Tampa Street, Suite 1900
                                                  Tampa, FL  33602
                                                  Tel: (813) 443-2199;  Fax: (813) 443-2193
                                                  pedro.bajo@bajocuva.com
                                                  *Counsel for Steven S. Oscher*
                                                  *Receiver for Barry A. Cohen, P.A.*

{BC00204454:1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3rd day of July 2020, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will serve a true and correct copy on all parties of record.

                                          */s/ Pedro F. Bajo, Jr.*
                                          Attorney

4839-6356-4481, v. 1