UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA
*ex rel.* ANGELA RUCKH,

Plaintiffs,

v.                                                          CASE NO. 8:11-cv-1303-T-23TBM

CMC II LLC, et al.,

Defendants.
_____

### [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came before the court for a trial by jury. The issues were tried and the jury has entered its verdict, which was affirmed in relevant part by the United States Court of Appeals for the Eleventh Circuit.

### IT IS ORDERED AND ADJUDGED

Judgment in the amount of $240,914,900 is entered for the United States and against Sea Crest Health Care Management, LLC, and CMC II, LLC, jointly and severally.

_____

[Deputy] Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA
*ex rel.* ANGELA RUCKH,

    Plaintiffs,

v.                                              CASE NO. 8:11-cv-1303-T-23TBM

CMC II LLC, et al.,

    Defendants.
_____

## [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came before the court for a trial by jury. The issues were tried and the jury has entered its verdict, which was affirmed in relevant part by the United States Court of Appeals for the Eleventh Circuit.

## IT IS ORDERED AND ADJUDGED

Judgment in the amount of $484,000 is entered for the United States against Salus Rehabilitation, LLC.

                                                                      _____

                                                                            [Deputy] Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA
*ex rel.* ANGELA RUCKH,

    Plaintiffs,

v.   CASE NO. 8:11-cv-1303-T-23TBM

CMC II LLC, et al.,

    Defendants.
_____

## [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came before the court for a trial by jury. The issues were tried and the jury has entered its verdict, which was affirmed in relevant part by the United States Court of Appeals for the Eleventh Circuit.

## IT IS ORDERED AND ADJUDGED

Judgment in the amount of $6,266,424 is entered for the United States and against 207 Marshall Drive Operations, LLC.

_____

[Deputy] Clerk

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA
*ex rel.* ANGELA RUCKH,

    Plaintiffs,

v.                                      CASE NO. 8:11-cv-1303-T-23TBM

CMC II LLC, et al.,

    Defendants.
_____

## [PROPOSED] JUDGMENT IN A CIVIL CASE

This action came before the court for a trial by jury. The issues were tried and the jury has entered its verdict, which was affirmed in relevant part by the United States Court of Appeals for the Eleventh Circuit.

## IT IS ORDERED AND ADJUDGED

Judgment in the amount of $10,055,961 is entered for the United States and against 803 Oak Street Operations, LLC.

_____

[Deputy] Clerk