UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES and
STATE OF FLORIDA *ex rel.*
ANGELA RUCKH,

    Plaintiffs,

v.                                      CASE NO. 8:11-cv-1303-SDM-CPT

SALUS REHABILITATION, LLC., et al.,

    Defendants.
_____/

## ORDER

A February 5, 2021 order (Doc. 559) grants the relator's motion to submit proposed judgments to which the parties stipulate, and without opposition the relator submits (Doc. 561) the proposed judgments. The clerk must enter judgment for the United States and against each designated defendant as follows:

| DESIGNATED DEFENDANT(S) | AMOUNT |
|---|---:|
| Sea Crest Health Care Management, LLC and CMC II, LLC, jointly and severally | $240,914,900 |
| Salus Rehabilitation, LLC | $484,000 |
| 207 Marshall Drive Operations, LLC | $6,266,424 |
| 803 Oak Street Operations, LLC | $10,055,961 |

ORDERED in Tampa, Florida, on February 8, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE