UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE UNITED STATES OF AMERICA
and THE STATE OF FLORIDA *ex rel.*
ANGELA RUCKH,

    Plaintiffs,

v.                              CASE NO. 8:11-cv-1303-SDM-TBM

CMC II, LLC *et al.*,

    Defendants.
_____/

**ORDER**

On February 23, 2021, Angela Ruckh, the relator in this successful False Claims Act action, moved (Doc. 567) "unopposed" for a determination of "her right to recover from Defendants reasonable attorneys' fees and expenses." The Local Rule 3.01(g) certification in the motion states that the defendants, although agreeing to a determination of Ruckh's "entitlement" to payment, nonetheless oppose "at this time" a determination of the amount owed. In the motion, Ruckh suggests an order directing the parties to confer, "after which Relator will file a Supplemental Motion setting forth the areas of agreement and disagreement between the parties."

On March 1, 2021, the defendants petitioned in Delaware for bankruptcy protection under Chapter 11. On March 3, 2021, the defendants filed (Doc. 559) in this action a "notice of automatic stay and suggestion of bankruptcy" and stated that

"any further action against any Debtor or the Debtors is stayed under Bankruptcy Code section 362(a)."

In compliance with 11 U.S.C. § 362(a), this action is **STAYED** and **ADMINISTRATIVELY CLOSE** pending leave from the Delaware bankruptcy court to proceed.

ORDERED in Tampa, Florida, on March 9, 2021.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE